## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHNNIE JEAN MARLOW, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 3:15-CV-842-NJR-DGW |
| | ) | |
| BERLIN-WHEELER, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER CONSOLIDATING CASES

**ROSENSTENGEL, District Judge:**

This matter is before the Court on the motion to consolidate filed by Defendant, Berlin-Wheeler, Inc. (Doc. 11). Defendant seeks to consolidate this action with case numbers 3:15-CV-00843, *Paul Marlow v. Berlin-Wheeler, Inc.*, and 3:15-CV-00846, *Joseph N. Campanella v. Berlin-Wheeler, Inc.* Plaintiff did not file a response to Defendant's motion.

Defendant's motion to consolidate is **GRANTED** (Doc. 11). Pursuant to Federal Rule of Civil Procedure 42, case numbers 3:15-CV-00843 and 3:15-CV-00846 are consolidated with case number 3:15-CV-00842-NJR-DGW. Case number 3:15-CV-00842-NJR-DGW will be the lead case. The parties are **DIRECTED** to file all future pleadings in the lead case only.

All dates previously assigned in case number 3:15-CV-00842-NJR-DGW will now apply to all three actions. If the parties seek a modification of these dates, they shall promptly file an appropriate motion.

**IT IS SO ORDERED.**

**DATED: January 19, 2016**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**